UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD EUGENE SHARP, | ) | Case No. EDCV 10-946 BRO(JC) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| RAUL LOPEZ, | ) ) | JUDGE |
| Respondent. | ) ) ) | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings and recommendations of the Magistrate Judge in this action.

IT IS THEREFORE ORDERED that Judgment be entered denying the operative First Amended Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation of United States Magistrate Judge, and the Judgment herein on petitioner and counsel for respondent.

DATED: August 13, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE