1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

DONALD EUGENE SHARP,

              Petitioner,

     v.

RAUL LOPEZ,

              Respondent.

_____

) Case No. EDCV 10-946 BRO(JC)
)
) JUDGMENT
)
)
)
)
)
)
)
)
)
)
)

21

22

23

24

25

26

27

28

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

     DATED: August 13, 2014

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE